UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                             Case No. 6:05-cv-1919-Orl-28KRS

**RONY RICHARD LOUIS,**

    **Defendant.**

## ORDER

This case is before the Court on Motion for Entry of Default Judgment (Doc. No. 8) filed May 5, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 18, 2006 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Judgment is **GRANTED.**

3. Judgment against Defendant Rony Richard Louis shall be entered in the amount of $10,000.00.

4. After entering judgment as set forth above, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8___ day of September, 2006.

 JOHN ANTOON II
 United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party